FILED
OCT 1 2
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
| --- | --- |
| BRUD ROSSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-0695 (UNA) |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The plaintiff filed a complaint against the Commissioner of Social Security. His pleading failed either to identify a "final decision of the Commissioner of Social Security," 42 U.S.C. § 405(g), or to allege sufficient facts from which the Commissioner could identify the decision being challenged. Rather than dismiss the action, the Court allowed the plaintiff 30 days within which to amend his complaint. To date, the plaintiff has not filed an amended complaint or requested additional time to do so. Accordingly the Court will dismiss this action without prejudice. An Order accompanies this Memorandum Opinion.

DATE: 10/10/17

_____
United States District Judge